```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 3 ____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA          :

v.                                :

STATOIL, ASA,                     :          06 Cr. ____

        Defendant.            :          **06 CRIM. 960**

------------------------------------X

*JUDGE HOLWELL*

    The above-named defendant, a corporation accused of violating Title 15, United States Code, Sections 78dd-1(a), 78m(b)(2)(A), 78m(b)(5), and 78ff, by its undersigned Chief Executive Officer and attorney, pursuant to authority granted by its Board of Directors, having been advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                STATOIL, ASA

                     By: _____
                              Chief Executive Officer

Helge Lund

                              _____
                              Sullivan & Cromwell LLP
                              Counsel for STATOIL, ASA

                              _____
                              Witness

Date: October 9th, 2006